**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: BEYOND MEAT, INC., PROTEIN CONTENT MARKETING AND SALES PRACTICES LITIGATION** | **MDL NO. 3059** |

<u>**NOTICE OF APPEARANCE FOR ROBIN M. HULSHIZER**</u>

<u>**SCHEDULE OF ACTIONS**</u>

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:** Angelique Roberts, Hannah Offutt, Dylan Rushing, Orlandra Hawthorne, Nisha Albert, Adam Sorkin, Rosemarie Ramirez and Christopher Bates<br><br>**Defendant:** Beyond Meat, Inc. | Northern District of Illinois – Eastern Division | 1:22-cv-02861 | Virginia M. Kendall |
| **Plaintiff:** Christine Borovoy<br><br>**Defendant:** Beyond Meat, Inc. | Northern District of Illinois – Eastern Division | 1:22-cv-06302 | Edmond E. Chang |
| **Plaintiffs:** Richard D. Garcia, Erica Nichols Cook and Jennifer Speer<br><br>**Defendant:** Beyond Meat, Inc. | Southern District of Iowa – Eastern Division | 4:22-cv-00297 | Stephen H. Locher |
| **Plaintiff:** Kathlyn Cascio<br><br>**Defendant:** Beyond Meat, Inc. | Eastern District of New York | 2:22-cv-04018 | Gary R. Brown |
| **Plaintiff:** Todd Miller<br><br>**Defendant:** Beyond Meat, Inc. | Southern District of New York | 1:22-cv-06336 | Jennifer L. Roshon |

Dated:  November 21, 2022

Respectfully submitted,

*/s/ Robin M. Hulshizer*
Robin M. Hulshizer, One of the Attorneys for
Defendant Beyond Meat, Inc.

Robin M. Hulshizer (Illinois Bar No. 6230994)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile:  (312) 993-9767
Email:      robin.hulshizer@lw.com