BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: BEYOND MEAT, INC., PROTEIN CONTENT MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3059 |

## CERTIFICATE OF SERVICE

I, Robin M. Hulshizer, certify that on November 21, 2022, a true and correct copy of the Notice of Appearance and Certificate of Service was filed through the ECF system and served upon the following parties by prepaid first class mail:

Gary M. Klinger
Russell Busch
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 West Monroe Street, Suite 2100
Chicago, Illinois  60606
Telephone:  (866) 252-0878
Email: gklinger@milberg.com
Email: rbusch@milberg.com

Nick Suciu III
Alexandra M. Honeycutt
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
6905 Telegraph Road, Suite 115
Bloomfield Hills, Michigan  48301
Telephone:  (313) 303-3472
Facsimile: (865) 522-0049
Email: nsuciu@milberg.com
Email: ahoneycutt@milberg.com

Daniel K. Bryson
J. Hunter Bryson
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
900 West Morgan Street
Raleigh, North Carolina  27603
Telephone:  (919) 600-5000
Facsimile: (919) 600-5035
Email: dbryson@milberg.com
Email: hbryson@milberg.com

Joel D. Smith
BURSOR & FISHER, P.A.
1990 North California Boulevard, Suite 940
Walnut Creek, California  94596
Telephone:  (925) 300-4455
Facsimile:  (925) 407-2700
Email:  jsmith@bursor.com

*Counsel for Plaintiffs Angelique Roberts, Hannah Offutt, Dylan Rushing, Orlandra Hawthorne, Nisha Albert, Adam Sorkin, Rosemarie Ramirez and Christopher Bates Case No. 1:22-cv-02861 (N.D. Ill.)*

Gary M. Klinger
Russell Busch
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 West Monroe Street, Suite 2100
Chicago, Illinois  60606
Telephone:  (866) 252-0878
Email: gklinger@milberg.com
Email: rbusch@milberg.com

Nick Suciu III
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
6905 Telegraph Road, Suite 115
Bloomfield Hills, Michigan  48301
Telephone:  (313) 303-3472
Facsimile: (865) 522-0049
Email: nsuciu@milberg.com

Daniel K. Bryson
J. Hunter Bryson
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
900 West Morgan Street
Raleigh, North Carolina  27603
Telephone:  (919) 600-5000
Facsimile: (919) 600-5035
Email: dbryson@milberg.com
Email: hbryson@milberg.com

Jonathan Shub
Kevin Laukaitis
SHUB LAW FIRM LLC
134 Kings Highway E, 2nd Floor
Haddonfield, New Jersey 08033
Telephone:  (856) 772-7200
Facsimile:  (856) 210-9088
Email: jshub@shublawyers.com
Email: klaukaitis@shublawyers.com

*Counsel for Plaintiff Christine Borovoy*
*Case No. 1:22-cv-06302 (N.D.Ill.)*

J. Barton Goplerud
Brian O. Marty
SHINDLER, ANDERSON, GOPLERUD &
WEESE PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa  50265
Telephone:  (515) 223-4567
Facsimile:  (515) 223-8887
Email:  goplerud@sagwlaw.com
Email:  marty@sagwlaw.com

Elizabeth A. Fegan
FEGAN SCOTT LLC
150 South Wacker Drive, 24th Floor
Chicago, Illinois 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100
Email: beth@feganscott.com

*Counsel for Plaintiffs Richard D. Garcia, Erica Nichols Cook and Jennifer Speer*
*Case No. 4:22-cv-00297 (S.D. Iowa)*

| | |
|---|---|
| Gary E. Mason<br>Danielle L. Perry<br>Lisa A. White<br>MASON LLP<br>5101 Wisconsin Avenue, NW, Suite 305<br>Washington, D.C. 20016<br>Telephone: (202) 429-2290<br>Facsimile: (202) 429-2294<br>Email: gmason@masonllp.com<br>Email: dperry@masonllp.com<br>Email: lwhite@masonllp.com | Jonathan Shub<br>Kevin Laukaitis<br>SHUB LAW FIRM LLC<br>134 Kings Highway E, 2nd Floor<br>Haddonfield, New Jersey 08033<br>Telephone: (856) 772-7200<br>Facsimile: (856) 210-9088<br>Email: jshub@shublawyers.com<br>Email: klaukaitis@shublawyers.com |

*Counsel for Plaintiff Kathlyn Cascio*
*Case No. 2:22-cv-04018 (E.D.N.Y)*

| | |
|---|---|
| Jason P. Sultzer<br>Joseph Lipari<br>Daniel Markowitz<br>THE SULTZER LAW GROUP P.C.<br>85 Civic Center Plaza, Suite 200<br>Poughkeepsie, New York 12601<br>Telephone: (845) 483-7100<br>Facsimile: (888) 749-7747<br>Email: sultzerj@thesultzerlawgroup.com<br>Email: liparij@thesultzerlawgroup.com<br>Email: markowitzd@thesultzerlawgroup.com | David C. Magagna, Jr.<br>Charles E. Schaffer<br>LEVIN SEDRAN & BERMAN<br>510 Walnut Street, Suite 500<br>Philadelphia, Pennsylvania 19106<br>Telephone: (215) 592-1500<br>Facsimile: (215) 592-4663<br>Email: dmagagna@lfsblaw.com<br>Email: cschaffer@lfsblaw.com |

*Counsel for Plaintiff Todd Miller*
*Case No. 1:22-cv-06336 (S.D.N.Y)*

| | |
|---|---|
| Dated: November 21, 2022 | Respectfully submitted,<br><br>/s/ *Robin M. Hulshizer*<br>Robin M. Hulshizer, One of the Attorneys for Defendant Beyond Meat, Inc.<br><br>Robin M. Hulshizer (Illinois Bar No. 6230994)<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767<br>Email:   robin.hulshizer@lw.com |